**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| JONATHAN PAUL MICHAEL BARBER,<br><br>          Petitioner,<br><br>    v.<br><br>ROBERT BARNES, Warden,<br><br>          Respondent. | No. SA CV 10-1837-JST (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation and petitioner's objections. The Court agrees with the recommendations of the magistrate judge.

      ACCORDINGLY, IT IS ORDERED:

      1.    The final report and recommendation is adopted.

      2.    Judgment shall be entered consistent with this order.

      3.    The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: December 16, 2012

                                  HONORABLE JOSEPHINE STATON TUCKER
                                  UNITED STATES DISTRICT JUDGE