UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN PAUL MICHAEL, BARBER,<br><br>            Petitioner,<br><br>    v.<br><br>ROBERT BARNES, Warden,<br><br>            Respondent. | No. SA CV 10-1837-JST (PLA)<br><br>**JUDGMENT** |

    Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: December 16, 2012

                                    HONORABLE JOSEPHINE STATON TUCKER
                                    UNITED STATES DISTRICT JUDGE